Horace B. Hooker and Another, Respondents, v. City of Auburn, Appellant.— Judgment affirmed, with costs. All concurred.

Anna Peczeynska, an Infant, etc., Respondent, v. Statler's Restaurant, Appellant.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

Monarch Road Roller Company, Respondent, v. Stewart-Kerbaugh-Shanley Company, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, *first*, that it was a question of fact as to whether it was the negligence of the engineer of the appellant which caused the fire; and, *second*, that in case the jury should find that it was the negligence of the respondent's engineer which caused the fire, then the evidence presented a question of fact as to whether at the time the respondent's engineer was engaged in the work of the appellant or in the work of the respondent. All concurred, except Foote, J., who dissented.

Point Gratiot Sand and Gravel Company, Appellant, v. Hartford Fire Insurance Company, Respondent.— Judgment affirmed, with costs. All concurred.

National Fire Insurance Company of Onondaga County, by John F. Nash, Receiver, Appellant, v. Nelson Jarvis, Respondent.— Judgment affirmed, with costs. All concurred.

La Fayette Street Church Society of Buffalo, Respondent, v. Herbert F. J. Norton, Appellant.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the said appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure; Lambert, J., not sitting.

Francesca Papa Agliola, as Administratrix, etc., Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented; Lambert, J., not sitting.

John Killbassa, Respondent, v. American Malleables Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Sarah Di Marco, Respondent, v. Buffalo and Fort Erie Ferry and Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Arthur H. Erwin, Individually and as Trustee, etc., Respondent, v. Harriet L. Lutman, Individually and as Executrix, etc., and Others, Appellants.— Interlocutory judgment reversed and the verdict of the